IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04cv76-T |
| | )             (WO) |
| DONAL CAMPBELL, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**OPINION**

This litigation is now before the court on the recommendation of the United States Magistrate Judge entered on August 25, 2005, (doc. # 21), that the defendants' motion for summary judgment be granted and that this case be dismissed with prejudice.

After a review of the recommendation, to which no timely objections have been filed, and after an independent review of the entire record, the court believes that the recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the19th day of September, 2005.

                                        /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE