IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LEROY SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:04cv76-T |
| | )            (WO) |
| DONAL CAMPBELL, *et al.,* | ) |
| | ) |
| Defendants. | ) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The recommendation of the United States Magistrate Judge entered on August 25, 2005 (doc. # 21), be and is hereby ADOPTED.

(2) The defendants' motion for summary judgment be and is hereby GRANTED.

(3) This case be and is hereby DISMISSED with prejudice.

(4) The costs of these proceedings be and are hereby TAXED against the plaintiff.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 19th day of September, 2005.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE